

RECEIVED

JUN 3 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

CAUSE NO. D-1-GN-12-000983

| | | |
|---|---|---|
| LAKE TRAVIS TRANSITIONAL LTCH, LLC n/k/a LAKE TRAVIS SPECIALTY HOSPITAL, L.L.C., Plaintiff, | } } } } } | IN THE DISTRICT COURT OF |
| v. | } } | TRAVIS COUNTY, TEXAS |
| LAKEWAY REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT PARTNERS, LLC, BRENNAN, MANNA & DIAMOND, LLC, BRENNAN, MANNA & DIAMOND, P.L., AND FRANK T. SOSSI, Defendants. | } } } } } } } } | 345TH JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST FOR PREPARATION OF SUPPLEMENTAL CLERK'S RECORD

TO:  Hon. Velva L. Price, District Clerk, Civil Division, 1000 Guadalupe Street, Room 301, Austin, TX 78701

Defendants Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC ("Defendants") are appealing the final judgment signed in this case on October 16, 2014, to the Third Court of Appeals, Austin, Texas, Case No. 03-15-00025-CV.

On January 12, 2015, Defendants filed their Request for Preparation of Clerk's Record. The following items were requested but were not included in the Clerk's Record filed on June 16, 2015. Nor were they included in the Clerk's Record filed on May 21 and June 18. Defendants respectfully request that you prepare, for inclusion in a Supplemental Clerk's Record, the following designated items and any accompanying exhibits:

| Original Request No. | Date | Document Description |
|---|---|---|
| 10 | 12/9/13 | Plaintiff's Motion to Compel Production of Documents Based on Crime-Fraud Exception<br>(Only the first page of the motion was included in the June 16, 2015 Clerk's Record.) |

| Original Request No. | Date | Document Description |
| --- | --- | --- |
| 51 | 5/21/14 | Affidavit in Support of Plaintiff's Responses to Defendants' Motions for Summary Judgment |
| 81 | 8/11/14 | Defendants' Objections to Plaintiff's Deposition Designations |
| 104 | 10/10/14 | Defendants' Opposition to Plaintiff's Motion for Entry of Judgment |
| 105 | 10/10/14 | Plaintiff's Response in Opposition to Defendants' Motion to Disregard Certain Jury Findings and for Rendition of a Take Nothing Judgment Against Plaintiff |
| 106 | 10/17/14 | Cover letter from Judge Livingston enclosing Orders |
| 107 | signed 10/16/14; filed 10/17/14 | Order - denying Defendants' Motion to Disregard Certain Jury Findings and for Renditions of a Take Nothing Judgment Against Plaintiff |

Defendants also respectfully request that the following item be included in the Supplemental Clerk's Record:

| | |
| --- | --- |
| signed 7/16/14; filed 7/17/14 | Order on Defendants Brennan, Manna & Diamond, LLC and Frank T. Sossi's Amended Traditional and No-Evidence Motion for Summary Judgment |
| 6/25/15 | This Request for Preparation of Supplemental Clerk's Record |

Please let me know when the record is complete so that I may arrange for prompt payment. Because the Court of Appeals has set a due date for the Appellants' Brief, we ask that you prepare and file the supplemental record as soon as you can do so.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: _____ */s/ Jeff Cody*_____

Jeff Cody
State Bar No. 04468960
*jeff.cody@nortonrosefulbright.com*
Barton W. Cox
State Bar No. 24065087
*beau.cox@nortonrosefulbright.com*
James V. Leito IV
State Bar No. 24054950
*james.leito@nortonrosefulbright.com*
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-2784
Telephone:    (214) 855-8000
Telecopier:    (214) 855-8200

Joy Soloway
State Bar No. 18838700
*joy.soloway@nortonrosefulbright.com*
1301 McKinney, Suite 5100
Houston, TX 77010-3095-
Telephone:    (713) 651-5151
Telecopier:    (713) 651-5246

*Attorneys for Defendants Lakeway Regional
Medical Center, LLC and Surgical Development
Partners, LLC*

## CERTIFICATE OF FILING AND SERVICE

On the 25th day of June 2015, this Request for Preparation of Supplemental Clerk's Record was served on the following and filed in compliance with the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure by FileTime.com upon:

Hon. Velva L. Price
Travis County District Clerk
Civil Division
1000 Guadalupe Street, Room 301
Austin, TX 78701

S. Abraham Kuczaj III
*akuczaj@scottdoug.com*
Paige A. Amstutz
*pamstutz@scottdoug.com*
Steven J. Wingard
*swingard@scottdoug.com*
Jane Webre
*jwebre@scottdoug.com*
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
*Via Email*

Robert A. Bragalone
*bbragalone@gordonrees.com*
B. Ryan Fellman
*rfellman@gordonrees.com*
Gordon & Rees LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*Via Email*

Jeffrey D. Kyle, Clerk
Third Court of Appeals District
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, TX 78701
*Via U.S. Mail*

_/s/ Jeff Cody_
JEFF CODY

Joy M. Soloway
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

MR JEFFREY D KYLE
CLERK THIRD COURT OF APPEALS
PRICE DANIEL, SR BUILDING
209 WEST 14TH STREET ROOM 101
AUSTIN, TX 78701

787011161409

N HOUSTON
TX 773
25 JUN '15
PM 4 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 77010 $ 000.48
02 1W
0001395635 JUN 25 2015